**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7700**

_____

DONALD WAYNE PEERY,

                         Plaintiff - Appellant,

     and

KEITH WILLIAM DEBLASIO; DONALD WELLS; S.
BATTS; D. WILSON; D. MCBRIDE; JOHN HARRIS;
ERIC HOBBS; NASH; KEVIN A. EGGLESTON; STEVEN
C. WHISENANT; WALTER EPPS; WESLEY HAMMOND;
CLARENCE W. TERRY; THOMAS ALEXANDER; DERRICK
K. JONES,

                                 Plaintiffs,

     versus

GENE M. JOHNSON, Deputy Director, Virginia
Department of Corrections; RON ANGELONE, Di-
rector, Virginia Department of Corrections;
W. P. ROGERS, Regional Director, Virginia De-
partment of Corrections; C. D. LARSON, Warden,
Lunenburg Correctional Center; CAROL F.
WALLACE, Associate Warden of Operations,
Lunenburg Correctional Center; JERRY R. TOWN-
SEND; VIRGINIA DEPARTMENT OF CORRECTIONS,

                        Defendants - Appellees.

KAREEM HARRIS,

                                    Movant.

## No. 00-7701

DONALD WAYNE PEERY,

Plaintiff - Appellant,

and

IRA WAYNE MADISON,

Plaintiff,

versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections; GENE JOHNSON, Director,
Virginia Department of Corrections; DAVID A.
GARRAGHTY, Warden, G.R.C.C.; G.R.C.C. STAFF
AND SECURITY,

Defendants - Appellees.

KAREEM HARRIS,

Movant.

## No. 00-7702

DONALD WAYNE PEERY,

Plaintiff - Appellant,

and

RICHARD GUTRIDGE; DERRICK D. STEELE; CASHA S.
AL; UHURU NASHEED,

                                          Plaintiffs,

        versus


GENE  M.  JOHNSON,  Deputy  Director;  RONALD
ANGELONE, Director; K.V. BONNER, Unit Manager,

                                Defendants - Appellees.


KAREEM HARRIS,

                                          Movant.


-----------

**No. 00-7703**

-----------


DONALD WAYNE PEERY,

                                Plaintiff - Appellant,

        and


LIAN J. ROSS; I-TAL RASTAFARIAN COMMUNITY,

                                          Plaintiffs,

        versus


DEPARTMENT OF CORRECTIONS; RON ANGELONE,

                                Defendants - Appellees,

        and

3

RON DE'ANGELO, Director, Virginia Department
of Corrections,

Defendant.

KAREEM HARRIS,

Movant.

---

**No. 00-7704**

---

DONALD WAYNE PEERY,

Plaintiff - Appellant,

and

T. UNDERSTANDING ALLAH,

Plaintiff,

versus

R. ANGELONE, Director, Virginia Department of
Corrections,

Defendant - Appellee.

KAREEM HARRIS,

Movant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-99-1818-AM, CA-99-1859-AM, CA-00-18-AM, CA-00-170-AM, CA-00-211-AM)

4

Submitted:  June 22, 2001            Decided:  July 9, 2001

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donald Wayne Peery, Appellant Pro Se.  Pamela Anne Sargent, Assis-
tant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Donald Wayne Peery appeals from the district court's order granting summary judgment in favor of the Defendants in his civil action challenging Division Operating Procedure 864, a prison grooming policy requiring that male inmates' hair not be more than one inch in thickness/depth and prohibiting beards.  We have re-viewed the record and the district court's opinion, along with Peery's allegations of error, and find no reversible error.  Accordingly, we deny Peery's motion to be excused from paying the filing fee and affirm on the reasoning of the district court. Peery v. Johnson, No. CA-99-1818-AM & No. CA-00-18-AM; Peery v. Angelone, No. CA-99-1859-AM & No. CA-00-211; Peery v. Dep't of Corr., No. CA-00-170-AM (E.D. Va. filed Oct. 25, 2000, entered Oct. 30, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED